IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Ravon Ruffin,<br><br>    Petitioner,<br><br>v.<br><br>United States of America, et al.,<br><br>    Respondents. | No. CV-24-00280-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Jacqueline Rateau on January 15, 2025. (Doc. 20.) Magistrate Judge Rateau recommends denying Petitioner's Second Amended 28 U.S.C § 2241 Petition for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 11) for mootness and failure to exhaust administrative remedies. (*See* Doc. 20.) Neither party has filed an objection to the R&R and the time to file objections expired on February 3, 2025. Fed. R. Civ. P. 72(b)(2); *see* Fed. R. Civ. P. 6(d) (adding three days to the period in which a party must act after being served by mail).

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

There being no objection to the R&R, and good cause appearing, the Court will adopt Magistrate Judge Rateau's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985). Accordingly,

**IT IS ORDERED:**

1. Magistrate Judge Rateaus's Report and Recommendation (Doc. 20) is **adopted**.

2. Petitioner's Second Amended Petition for Writ of Habeas Corpus (Doc. 11) is **denied**.

3. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 7th day of February, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge